**THE LAW OFFICES OF DAVID CARLEBACH, ESQ.**
55 Broadway
Suite 1902
New York, NY 10006
David Carlebach
Tel: (212) 785-3041
Fax: (347) 472-0094
Email: david@carlebachlaw.com

*Proposed Attorney for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
**In re:**                                              **Chapter 11**

    **16TH STREET REGENCY LLC,**            Case No. 14-46104 - NHL

                        **Debtor.**
-------------------------------------------------------x

**ORDER TO SHOW CAUSE TO CONSIDER THE DEBTOR'S APPLICATION FOR (1) AN ORDER PURSUANT TO SECTIONS 105, 361 AND 363 OF THE BANKRUPTCY CODE AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 4001(b) AUTHORIZING THE INTERIM USE OF CASH COLLATERAL *NUNC PRO TUNC* AND (2) SHORTENING TIME AND SETTING NOTICE REQUIREMENTS**

      Upon (a) the application (the "Cash Collateral Application") of the above-captioned Debtor, by its proposed counsel, the Carlebach Law Group, seeking entry of (i) an order to show cause to consider a further order authorizing the Debtor to use Cash Collateral (as defined in the Cash Collateral Application) of Tissa 16th Corp. (as further defined below "Tissa") *nunc pro tunc* pending an interim hearing, (ii) an interim hearing to consider the use of Cash Collateral in accordance with the budget (the "Budget") annexed to the Cash Collateral Application as Exhibit D pursuant to an interim order, (iii) a hearing to consider entry of a final order authorizing the use of Cash Collateral in accordance with the Budget and (iv) entry of a final order authorizing

use of Cash Collateral and (b) the Affirmation of David Carlebach, dated December 18, 2014 (the "Affirmation"), it is

**ORDERED,** that a hearing will be held on **December \_\_\_, 2014, at \_\_\_\_\_ \_\_.m.,** at the United States Bankruptcy Court for the Eastern District of New York, Conrad B. Duberstein Courthouse, 271-C Cadman Plaza East – the Honorable Nancy Hershey Lord, Courtroom 3577, Brooklyn, NY 11201-1800, all parties in interest in this case shall show cause why the Cash Collateral Application should not be granted and it is further

**ORDERED**, that service of this Order and the Cash Collateral Application, together with all exhibits annexed thereto, upon (a) the Debtor's twenty (20) largest creditors, by their counsel, if known, (b) the Debtor's secured creditors, by their counsel, if known, (c) all parties who have filed notice of appearances in this case, and (d) the U.S. Trustee, on or before the \_\_\_ **day of December, 2014**, by overnight courier, fax, or electronic mail service in compliance with this Order shall be deemed sufficient service and notice of the Cash Collateral Application and this Order; and it is further;

**ORDERED**, that any responsive papers shall be served so as to be **received** by the Debtor's proposed counsel, the Law Offices of David Carlebach, Esq., 55 Broadway, Suite 1902, New York, New York 10006, Attn: David Carlebach, Esq; Robinson Brog Leinwand Greene Genovese & Gluck P.C., 875 Third Avenue, 9th Floor, New York, New York 10022-0123, Attn: Robert M. Sassloff, Esq.; and the Office of the United States Trustee, Eastern District of New York (Brooklyn Office), U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, and filed with this Court with a courtesy copy delivered to chambers not later than **4:00 p.m. on December \_\_\_, 2014**, and it is further

**ORDERED,** that pending the hearing and determination of the Cash Collateral Application, the Debtor's use of Cash Collateral is authorized pursuant to §363(c)(2) of the Bankruptcy Code and Rule 4001(b) of the Federal Rules of Bank. P., subject to the adequate protections set forth in the Interim Order annexed as **Exhibit A** to the Cash Collateral Application, through and including the date of the hearing and determination of the Cash Collateral Application.

Dated: New York, New York
      December      , 2014

_____
**NANCY HERSHEY LORD**
**UNITED STATES BANKRUPTCY JUDGE**