## 198-210 16th Street

|  | Jan-15 | Feb-15 | Mar-15 | TOTAL |
|---|---:|---:|---:|---:|
| **Income** | | | | |
| Rental Income | $ 17,275.00 | $ 17,275.00 | $ 17,275.00 | **$ 51,825.00** |
| | | | | |
| **Expenses** | | | | |
| Bank Charges | $ 18.00 | $ 18.00 | $ 18.00 | $ 54.00 |
| Repairs | $ 200.00 | $ 200.00 | $ 200.00 | $ 600.00 |
| Maintenance Charges | $ 3,818.60 | $ 3,818.60 | $ 3,818.60 | $ 11,455.80 |
| Management Fees | $ 750.00 | $ 750.00 | $ 750.00 | $ 2,250.00 |
| Supplies | $ 50.00 | $ 50.00 | $ 50.00 | $ 150.00 |
| Insurance Escrow | $ 250.00 | $ 250.00 | $ 250.00 | $ 750.00 |
| Professional Fees Reserve | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 15,000.00 |
| Emergency Repair Reserve | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 3,000.00 |
| | **$ 11,086.60** | **$ 11,086.60** | **$ 11,086.60** | **$ 33,259.80** |