**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
In re:                                                                               Chapter 11

    **16TH STREET REGENCY LLC,**                      Case No. 14-46104 -NHL

                                      **Debtor.**
---------------------------------------------------------x

**ORDER TO SHOW CAUSE TO CONSIDER THE DEBTOR'S APPLICATION FOR (1) AN ORDER PURSUANT TO SECTIONS 105, 361 AND 363 OF THE BANKRUPTCY CODE AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 4001(b) AUTHORIZING THE INTERIM USE OF CASH COLLATERAL**
<u>**AND (2) SHORTENING TIME AND SETTING NOTICE REQUIREMENTS**</u>

Upon (a) the application (the "Cash Collateral Application") of the above-captioned Debtor, by its proposed counsel, the Carlebach Law Group, seeking entry of an order to show cause (i) authorizing the Debtor to use Cash Collateral (as defined in the Cash Collateral Application) of Tissa 16th Corp. (as further defined below "Tissa") pending an interim hearing, (ii) scheduling an interim hearing to consider the use of Cash Collateral in accordance with the budget (the "Budget") annexed to the Cash Collateral Application as Exhibit D pursuant to an interim order, (iii) scheduling a hearing to consider entry of a final order authorizing the use of Cash Collateral in accordance with the Budget, and (iv) entering final order authorizing use of Cash Collateral; and (b) the Affirmation of David Carlebach, dated December 18, 2014 (the "Affirmation"), it is

**ORDERED,** that all parties in interest in this case shall appear and show cause at a hearing on **January 14, 2015 at 11:00 a.m.,** (the "Hearing") before the Honorable Nancy Hershey Lord at the United States Bankruptcy Court for the Eastern District of New York, Conrad B. Duberstein Courthouse, 271-C Cadman Plaza East Courtroom 2529, Brooklyn, NY 11201-1800 why the Cash Collateral Application should not be granted; and it is further

**ORDERED**, that service of this Order and the Cash Collateral Application, together with all exhibits annexed thereto, upon (a) the Debtor's twenty (20) largest creditors, by their counsel, if known, (b) the Debtor's secured creditors, by their counsel, if known, (c) all parties who have filed

notice of appearances in this case, and (d) the U.S. Trustee, on or before **December 23, 2014**, by first class mail <u>and</u> facsimile or electronic mail, if known, shall be deemed sufficient service and notice of the Cash Collateral Application and this Order; and it is further;

**ORDERED**, that any responsive papers shall be served so as to be **received** by the Debtor's proposed counsel, the Law Offices of David Carlebach, Esq., 55 Broadway, Suite 1902, New York, New York 10006, Attn: David Carlebach, Esq; Robinson Brog Leinwand Greene Genovese & Gluck P.C., 875 Third Avenue, 9th Floor, New York, New York 10022-0123, Attn: Robert M. Sassloff, Esq.; and the Office of the United States Trustee, Eastern District of New York (Brooklyn Office), U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014; and filed with this Court not later than **4:00 p.m. on January 7, 2015**, and it is further

**ORDERED,** that pursuant to 11 U.S.C § 363(c)(2) and Federal Rule of Bankruptcy Procedure 4001(b), pending the Hearing, the Debtor's use of Cash Collateral is authorized in the total amount of $4,100, to pay necessary expenses in the following approximate amounts: maintenance charges ($3,818.60), bank fees ($18), repairs ($200), and supplies ($50); and it is further

**ORDERED,** the use of Cash of Collateral authorized herein pending the Hearing shall be subject to the adequate protections set forth in the proposed Interim Order annexed as **Exhibit B** to the Cash Collateral Application.

**Dated: December 22, 2014**
**Brooklyn, New York**

_/s/ Nancy Hershey Lord_
**Nancy Hershey Lord**
**United States Bankruptcy Judge**